AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## United States District Court
for the

**FILED**
04/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Marcus R Williams (EL)
_Petitioner_

v.

USP Terre Haute "Warden" Kallis
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 2:23-cv-00196-JMS-MG
(Supplied by Clerk of Court)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Marcus Robert Williams (EL)
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Terre Haute U.S.P.
   (b) Address: P.O. Box 33
      Terre Haute, IN 47808
   (c) Your identification number: # 25769-056

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Eastern Middle district of North Carolina 4th circuit
      (b) Docket number of criminal case:
      (c) Date of sentencing: September 2008
   ☐ Being held on an immigration charge
   ☐ Other (explain):

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _Challenging Hobbs Act Robbery Qualifying As Violent Crime? challenging 4B1.2 Enhancement, Challenging Prior State Convictions_
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _2008_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: Laymen to Law and Legal Proceedings While Filing Pross

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes  ☒ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: _____
(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: Laymen to Law and Legal Proceedings While Filing Pross

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes  ☒ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: _____
(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

Page 4 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not file a third appeal: _Lamen to law_ _And Legal Proceedings While Filing Prose_

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☑ Yes      ☐ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☑ Yes      ☐ No

    If "Yes," provide:
    (1) Name of court: Easter district 4th circuit North Carolina
    (2) Case number: ?
    (3) Date of filing: ?
    (4) Result: Denied
    (5) Date of result: ?
    (6) Issues raised: Begay, Simmons, claim, contesting Priors for career offender enhancement -

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☑ Yes      ☐ No

    If "Yes," provide:
    (1) Name of court: Appeals court 4th circuit
    (2) Case number: ?
    (3) Date of filing: ?
    (4) Result: Denied
    (5) Date of result:
    (6) Issues raised: challenged career offender And Hobbs act Robbery + 924(c) conviction and Contested Prior state offense's

Page 5 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: The Sentencing Commission Recently changed the policy, guidelines, and statuses concerning Violent Crimes, Elements, Force Clause, and Enumerated Offenses, And extra ordinary Compelling Situations Should be Applied under any Formal Motion to Preserve Constitutional Claims under the 8th Admendment... Equal Protection Clause, due process, and Retroactivity Assertions - Respectfully

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Constitutional Violation under 8th admendment, Equal Protection, due process, Cruel and Unusual Punishment, Miscarriage of justice

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
All of Movants codefendants are no longer incarcerated - Theirs sentencing disparities between the defendants, Misappropriated Career Offender Enhancement For Hobbs Act Robbery under the Elements, Force clause, and enumerated offenses - Invalidated Prior State offenses used for chapter 12 enhancement - And 924(c) Conviction is unwarranted do to Predicate Offense -

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☑ No

**GROUND TWO:** Challenging the Anchoring used to Appropriate the guidelines inside Mr Williams El's original P.S.R. He was looking at a 12 year sentence and then his P.S.R. was Revised and then He was sentenced to 262 months ???

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The chapter 12 enhancement drastically changed the outcome of Mr Williams El Sentence - His Career Offender Application Subjected Him to Another decade in Prison - in the eyes of Reasonable jurist this would be considered A Harsh penalty Which deprived Mr Williams El the oppurtunity to Contest An unconstitutional Status that affected His guidelines Substancially -

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☑ No

**GROUND THREE:** Movants 924(c) conviction is unwarranted in Relation to His Predicate Hobbs Act Robbery Conviction - Both Being Aidding + Abetting Each count -

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Mr Williams uses His circuit and all other sisterly circuits in agreement that if Hobbs Act Robbery isn't Violent And can not Be Attached to enhancements For Violent Purposis then the Courts Can't interpret 924(c) Brandishing to institute Criminal intent or Elements Associated to Violence That is not Force, or Elemental, or enumerated Because Mr William El is Actually innocent of this Pretex -

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Immediate Release and Restored good time, Vacate Prior Sentence And Restructure Sentence Without the Career offender Enhancement And Without the 924 (c) Brandishing & A&B Attachment, And Any other Relief deemed Necessary By the Courts, Respectfully

Page 9 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4-10-2023         _Maurice R. Williams EL_
                        *Signature of Petitioner*

                        _____
                        *Signature of Attorney or other authorized person, if any*