UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARCUS R. WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00196-JMS-MG |
| ) | |
| KALLIS, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in this action. Petitioner Marcus R. Williams' petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

Date: 3/8/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

MARCUS R. WILLIAMS
25769-056
TUCSON - USP
TUCSON U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 24550
TUCSON, AZ 85734